```
1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4
   VINEET GAURI (ILSBN 6242953)
5  Special Assistant United States Attorney

6      1301 Clay Street, Suite 340S
       Oakland, CA 94612
7      Telephone: (510) 637-3924
       Facsimile: (510) 637-3724
8      Vineet.Gauri@usdoj.gov

9  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. | CR-06-00591-MJJ |
| Plaintiff, ) | | |
| v. ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. | |
| GENARO ECHEVERRIA-HIGAREDA, ) | | |
| Defendant. ) | | |

IT IS HEREBY STIPULATED that the status hearing set for October 26, 2006, scheduled at 2:00 p.m. in San Francisco, California before the Honorable Martin J. Jenkins, be continued to December 15, ~~November 17,~~ 2006 at 2:30 p.m. in Oakland, California.

The Court was unavailable to hold a status hearing on October 26 due to an jury trial. Moreover, additional time is needed for review of discovery and investigation by the defendant, and the ends of justice would be served by the continuance and exclusion of time based on the need for

- 1 -

1  effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §§
2  3161(h)(8)(A) and 3161(h)(8)(B)(iv).
3       For the foregoing reasons, the parties STIPULATE and AGREE that the ends of justice
4  served by the continuance requested herein outweigh the best interests of the public and the
5  defendant in a speedy trial because the failure to grant such a continuance would deny the parties the
6  reasonable time necessary for effective preparation, taking into account the exercise of due
7  diligence.

9  DATED:   11/15/06                  /s/
10                             VINEET GAURI
                            Special Assistant United States Attorney

13 DATED:   11/15/06                   /s/
14                             JOYCE LEAVITT
15                             Attorney for Defendant

17      Based on the reasons provided in the stipulation of the parties above, the Court hereby
18 FINDS that the parties require additional time to investigate and review discovery. Accordingly, the
19 ends of justice served by a continuance outweigh the best interests of the public and the defendant in
20 a speedy trial because the failure to grant such a continuance would deny the parties the reasonable
21 time necessary for effective preparation, taking into account the exercise of due diligence, pursuant
22 to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

24      Based on these findings, IT IS HEREBY ORDERED THAT the status hearing set for
25 October 26, 2006, scheduled at 2:00 p.m. in San Francisco, California, before the Honorable Martin
26 J. Jenkins, be continued to ~~November 17~~ December 15, 2006 at 2:30 p.m. in Oakland California, and that time is

- 2 -

1  excluded under the Speedy Trial Act from November 15, 2006 to December 15, 2006 based on the
2  need for the effective preparation of defense counsel, taking into account the exercise of due
3  diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

5   IT IS SO ORDERED.

6  DATED:  11/27/2006

8  _____
   HON. MARTIN J. JENKINS
9  UNITED STATES DISTRICT JUDGE

- 3 -