1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant ECHEVERRIA-HIGAREDA
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                        )  No. CR 06-00591 MJJ
12              Plaintiff,              )
                                        )  STIPULATION AND [PROPOSED]
13      v.                              )  ORDER CONTINUING STATUS
                                        )  DATE AND EXCLUSION OF TIME
14                                      )
                                        )
15 GENARO ECHEVERRIA-                   )
   HIGAREDA,                            )
16                                      )
                                        )
17              Defendant.

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the court date

19 in this case, previously scheduled for Thursday, January 25, 2007, at 2:00 p.m., before Honorable

20 Judge Martin Jenkins, may be continued to Friday, February 16, 2007, at 2:30 p.m., for status.

21 The status is that defense counsel has been reviewing information from Mr. Echeverria-Higareda's

22 prior deportation hearings and documents relating to his criminal history, to investigate possible

23

24 defenses to the charge of illegal re-entry.  Defense counsel also is discussing a disposition with the

25 government, however, the government attorney initially assigned to the case is no longer with the

26 office and the case is in the process of being reassigned.  Should the Court continue the matter to

1  Friday, February 16, 2007, for status, it should allow enough time for defense counsel to complete
2  her investigation and confer with the government and be able to inform the Court whether the case
3  should be set for trial or a change of plea.
4      The parties further stipulate that the time from January 25, 2007, to ~~February 16~~ March 2, 2007,
5  
6  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
7  3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel to allow
8  defense counsel to complete her investigation and discuss the matter with government counsel.

9  
10 DATED:   January 30, 2007        /S/
                                     _____
11                                   JOYCE LEAVITT
                                     Assistant Federal Public Defender

12                                   /S/
13 DATED:   January 30, 3007        _____
                                     W. DOUGLAS SPRAGUE
14                                   Assistant United States Attorney

15
16                          SIGNATURE ATTESTATION

17    I hereby attest that I have on file all holograph signatures indicated by a "conformed"
18 signature ("/S/") within this efiled document.

STIP. CONTINUING
STATUS DATE                    - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Thursday, January 25, 2007, at 2:00 p.m. in San Francisco, California, before Honorable Judge Martin Jenkins, may be continued to Friday, ~~February 16~~ March 2, 2007, at 2:30 p.m., in Oakland, California, for status.

IT IS FURTHER ORDERED that the time from January 25, 2007, to ~~February 16~~ March 2, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   01/31/07                             _____
HONORABLE MARTIN J. JENKINS
United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Martin J. Jenkins signature]*

STIP. CONTINUING
STATUS  DATE                          - 3 -