SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06-00591-MJJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | |
| GENARO ECHEVERRIA-HIGAREDA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Thursday, June 21, 2007, at 2 p.m. before the Honorable Martin J. Jenkins, United States District Court Judge, be continued to Friday, June 29, 2007, at 2 p.m. in San Francisco, California, for sentencing. Assistant United States Attorney Deborah R. Douglas is unavailable on June 21, 2007 and June 28, 2007, as she is presenting a case before the Grand Jury in Oakland from 9 a.m. to 3 p.m. on both those dates. U.S. Probation Officer Christina

*Stipulation Continuing*
*Sentencing Date*

1  Carrubba has been contacted and is available for the sentencing proceeding on Friday, June 29, 2007,
2  at 2 p.m., in San Francisco, California.

4  Dated: 6/15/07

   DEBORAH R. DOUGLAS
   Assistant United States Attorney

6  Dated: 6/15/07

   J. FRANK McCABE, Esq.
   Attorney for Defendant

   ORDER

10  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case,
11  currently scheduled for Thursday, June 21, 2007, at 2 p.m., shall be continued to Friday, June 29,
12  2007, at 2 p.m. in San Francisco, California, for sentencing.

14  SO ORDERED.

16  Dated: 6/18/2007

   HONORABLE MARTIN J. JENKINS
   United States District Judge

*Stipulation Continuing*
*Sentencing Date*